UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| RISHI ETWAROO, | : | VIOLATIONS: |
| also known as Dog, | : | |
| | : | 18 U.S.C. § 1203(a) |
| Defendant. | : | (Conspiracy to Commit Hostage Taking) |
| | : | |
| | : | 18 U.S.C. § 1203(a) |
| | : | (Hostage Taking) |
| | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

At all times material to this Indictment, except as otherwise indicated:

### Background

1. Vedesh Mohan was a national and citizen of the United States.

2. The defendant, **RISHI ETWAROO, also known as Dog,** and other conspirators known to the Grand Jury were citizens of the country of Trinidad and Tobago (hereinafter "Trinidad").

3. All events alleged in this Indictment took place within the country of Trinidad, in the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

## The Conspiracy

4. Beginning at dates and times unknown to the Grand Jury, but including the period from on or about June 5, 2005, and continuing to on or about June 8, 2005, in Trinidad, the defendant, **RISHI ETWAROO, also known as Dog,** did knowingly conspire and agree with others, both known and unknown to the Grand Jury, to seize and detain and threaten to kill, to injure, and to continue to detain Vedesh Mohan in order to compel a third person to pay ransom for the release of Vedesh Mohan, as an explicit and implicit condition for the release of Vedesh Mohan.

## Object of the Conspiracy

5. The object of the conspiracy was to obtain money belonging to the relatives of Vedesh Mohan.

## Manner and Means To Accomplish the Object of the Conspiracy

6. Members of the conspiracy kidnaped Vedesh Mohan and Amit Mohan, a national and citizen of Trinidad and the cousin of Vedesh Mohan, and held them as hostages, while demanding payment of ransom from their relatives in exchange for their release.

## Overt Acts

7. In furtherance of the conspiracy and to accomplish the object thereof, defendant, **RISHI ETWAROO, also known as Dog,** with other conspirators, both known and unknown to the Grand Jury, committed the following overt acts, among others:

(1) On or about June 5, 2005, RISHI ETWAROO and two conspirators, whose identities are known to the Grand Jury, while armed with a pistol and two cutlasses, confronted and bound Vedesh Mohan in the back of Amit Mohan's residence and forced him into the back seat of Amit Mohan's car;

(2) On or about June 5, 2005, RISHI ETWAROO and two conspirators, whose identities are known to the Grand Jury, while armed with a pistol and two cutlasses, drove Vedesh Mohan and Amit Mohan away from Amit Mohan's residence against their will in Amit Mohan's car;

(3) On or about June 5, 2005, RISHI ETWAROO and two conspirators, whose identities are known to the Grand Jury, drove Vedesh Mohan and Amit Mohan to the vicinity of an abandoned shed and then forced Vedesh Mohan and Amit Mohan to walk through the bush to that shed, where Vedesh Mohan and Amit Mohan were bound and detained;

(4) On or about June 5, 2005, RISHI ETWAROO drove Amit Mohan's car to Diamond Village, where he abandoned it;

(5) On or about June 5, 2005, RISHI ETWAROO and two conspirators, whose identities are known to the Grand Jury, interrogated Vedesh Mohan and Amit Mohan to obtain contact numbers for their relatives and to determine how much money their relatives would pay for their release;

(6) On or about June 5, 2005, RISHI ETWAROO called Amit Mohan's residence and demanded $5,000,000 Trinidad and Tobago dollars (hereinafter "TT's") from Vedesh Mohan and Amit Mohan's relative for the release of Vedesh Mohan and Amit Mohan;

(7) On or about June 5, 2005, RISHI ETWAROO and two conspirators, whose identities are known to the Grand Jury, took turns guarding Vedesh Mohan and Amit Mohan at the abandoned shed;

(8) On or about June 6, 2005, two conspirators, whose identities are known to the Grand Jury, took turns guarding Vedesh Mohan and Amit Mohan at the abandoned shed;

(9) On or about June 6, 2005, at the request of a conspirator whose identity is known to the

Grand Jury, RISHI ETWAROO called Amit Mohan's residence to check on the status of the family's efforts to collect the ransom;

(10)    On or about June 7, 2005, a conspirator, whose identity is known to the Grand Jury, called RISHI ETWAROO and asked him to return to the abandoned shed to assist with the release of Vedesh Mohan;

(11)    On or about June 7, 2005, a conspirator, whose identity is known to the Grand Jury, directed another conspirator, whose identity also is known to the Grand Jury, to shoot Vedesh Mohan upon his release to let the family know that they were serious;

(12)    On or about June 7, 2005, RISHI ETWAROO returned to the abandoned shed and told Vedesh Mohan that he would be released that night and directed Vedesh Mohan to tell his relative that he (RISHI ETWAROO) was serious and would kill Amit Mohan if the ransom was not paid;

(13)    On or about June 7, 2005, RISHI ETWAROO and a conspirator, whose identity is known to the Grand Jury, forced Vedesh Mohan at gunpoint from the abandoned shed through the bush and into a car;

(14)    On or about June 7, 2005, RISHI ETWAROO and a conspirator, whose identity is known to the Grand Jury, drove Vedesh Mohan away from the vicinity of the abandoned shed while repeatedly reminding him to remember what they wanted him to tell his relative;

(15)    On or about June 8, 2005, RISHI ETWAROO and a conspirator, whose identity is known to the Grand Jury, ordered Vedesh Mohan to get out of the car, after which a conspirator, whose identity is known to the Grand Jury, fired a shot at Vedesh Mohan, striking him in the thigh.

(**Conspiracy to Commit Hostage Taking**, in violation of Title 18, United States Code, Section 1203(a))

## COUNT TWO

1. Paragraphs 1, 2 and 3 of Count One of this Indictment are hereby re-alleged as if fully set forth herein and are incorporated by reference.

2. From on or about June 5, 2005, and continuing thereafter through on or about June 8, 2005, the defendant, **RISHI ETWAROO, also known as Dog,** and others, both known and unknown to the Grand Jury, did knowingly seize and detain and threaten to kill, to injure, and to continue to detain Vedesh Mohan in order to compel a third person to pay ransom for the release of Vedesh Mohan, as an explicit and implicit condition for the release of Vedesh Mohan.

(**Hostage Taking and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1203(a) and 2)

A TRUE BILL:


FOREPERSON


Attorney of the United States in
and for the District of Columbia