# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>RISHI ETWAROO<br><br>DOB:        PDID: | DOCKET NO: 07-241   MAGIS. NO:<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Rishi Etwaroo<br><br>**FILED**<br>MAY 2 9 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT HOSTAGE TAKING;

HOSTAGE TAKING;

AIDING AND ABETTING

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18:1203(a); 18:1203(a); and 18:2 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
|  |  |

| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>*Joe M Facciola*<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>9/20/07 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/20/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>DATE EXECUTED  5-29-2008<br>HIDTA CASE:   Yes   No  X | NAME AND TITLE OF ARRESTING OFFICER<br>Per Recording officer<br>Dush D.C Tollman | SIGNATURE OF ARRESTING OFFICER<br><br>OCDETF CASE:   Yes   No  X |
|---|---|---|

1387046