UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

       v.                                                             CR NO. 07-241(RBW)

**RISHI ETWAROO,**

       **Defendant.**

**DETENTION MEMORANDUM**

This matter comes before me upon the application of the United States that the defendant be detained pending trial. After a hearing, the government's motion was granted, and this memorandum is submitted to comply with the statutory obligation that "the judicial officer shall─include written findings of fact and a written statement of the reasons for the detention." 18 U.S.C. § 3142(i)(1).

The defendant has confessed to participation in a successful plot to kidnap two men for ransom. He has been extradited to the United States for prosecution. The defendant has no ties to the D.C. community and is present in the United States solely for prosecution for kidnapping. His release on conditions would be an academic exercise since he would only be held in another form of custody to await his trial. In any event, I find by clear and convincing evidence that there are no conditions or combination of conditions I could set which would reasonably assure the safety of the community or his appearance when required. I will, therefore, order the defendant detained without bond pending trial.

                                                                                    _____/S/_____
                                              **JOHN M. FACCIOLA**
                                              **UNITED STATES MAGISTRATE JUDGE**

**June 6, 2008**