**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE UNITED STATES | * | |
| | * | |
| | * | |
| v. | * | Crim. Case No.: 07-CR-241(RBW) |
| | * | |
| | * | |
| *Rishi Etwaroo* | * | |
| | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR AUTHORIZATION TO TRAVEL**

The Defendant, Rishi Etwaroo, by and through counsel, Rudolph Acree Jr., moves this Court to permit undersigned counsel and his investigator, Shawn Allen, to travel to Trinidad and Tobago to investigate the above referenced case. In support of this motion, Mr. Etwaroo states the following:

1. Mr. Etwaroo is before this Court charged with one count each of conspiracy to commit hostage taking and hostage taking (aiding and abetting).

2. All of the events in the indictment took place within the country of Trinidad and Tobago (Trinidad) in June of 2005.

3. A review of the discovery makes it clear that in order to fully, effectively and appropriately represent Mr. Etwaroo in the above referenced case, myself and my investigator, Shawn Allen, need to go to Trinidad. As a result, I request authorization from this Honorable Court on behalf of myself, and Mr. Allen to go to Trinidad to work on Mr. Etwaroo's case.

4. We believe that 5(five) days in Trinidad would allow myself, and Mr. Allen to perform the tasks necessary on behalf of Etwaroo. We respectfully request the

opportunity to depart from Washington, D.C. on the morning of July 23, 2008 and return to Washington, D.C. on June 28, 2008.

5. Undersigned counsel has not attached a proposed order to this motion because counsel is unfamiliar with court orders related to authorization for travel.

**WHEREFORE**, for the reasons stated herein Counsel respectfully requests that this Court grant Mr. Etwaroo's Motion for Authorization to Travel for undersigned counsel and his investigator, Shawn Allen.

Respectfully Submitted,

_____/s/_____
Rudolph Acree, Jr. Esq.
Counsel for Rishi Etwaroo
1211 Connecticut Avenue
Suite 506
Washington, D.C. 20036
(202) 331-1961

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July 2008, a copy of the foregoing Motion to Authorize Travel was delivered via electronic case filing.

_____/s/_____
Rudolph Acree, Jr.