UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Criminal Action No. 07-241 (RBW)
)
RISHI ETWAROO, )
)
Defendant. )

ORDER

The Court having considered the defendant's Motion for Authorization to Travel, and it appearing to the Court that there is good cause to grant the relief requested therein, it is

**ORDERED** that the motion is **GRANTED**.

**SO ORDERED** this 15th day of July, 2008.

REGGIE B. WALTON
United States District Judge